

UNITED STATES POSTAGE

PITNEY BOWES

$ 00.40⁶

02 1M
0004279596    DEC 18 2014
MAILED FROM ZIP CODE 78701

PRESORTED
FIRST CLASS

ANK

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RE: WR-80,940-01

ERNESTO TIRADO FLORES JR.
BROOKS COUNTY DETENTION CENTER
901 COUNTY ROAD 201    – –
FALFURRIAS, TX 78355



P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711